**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 14-cv-01485-MSK-NYW

ALYSSA LONGWORTH,

Plaintiff,

v.

CIGNA HEALTH AND LIFE INSURANCE COMPANY,

Defendants.

---

**MINUTE ORDER**

---

Entered By Magistrate Judge Nina Y. Wang

      Pending before the court is the Motion to Withdraw by Attorney Kevin M. Carlock, Esq., previously of the law firm Bell & Pollock ("Motion to Withdraw") [#32, filed on June 9, 2015]. The Motion to Withdraw was referred to this Magistrate Judge pursuant to the Order Referring Case dated May 30, 2014 [#12], and the memorandum dated June 10, 2015 [#33].

      Upon consideration, IT IS ORDERED:

(1) The Motion to Withdraw [#32] is **GRANTED**, Attorney Kevin M. Carlock, Esq., previously of the law firm Bell & Pollock, is granted leave to withdraw from the representation of Plaintiff Alyssa Longworth and is to be removed from the electronic service.

DATED:  June 10, 2015